# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | |
|---|---|
| LIVEHELPNOW, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRESHWORKS, INC., and SHI GOVERNMENT SOLUTIONS, INC. dba<br>SHI/GOVERNMENT SOLUTIONS, INC.<br><br>Defendants. | C.A. No. 6:21-cv-566<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF HENOCK GESSESSE IN SUPPORT OF FRESHWORKS' MOTION TO DISMISS FOR IMPROPER VENUE**

I, Henock Gessesse, declare as follows:

1. I am over 18 years of age and if called to testify as a witness, I could and would competently do so under oath. Unless otherwise noted, the facts and statements in this Declaration are based on my personal knowledge as of September 30, 2021 and my review of corporate records and information maintained by Freshworks, Inc. ("Freshworks") in the ordinary course of business.

2. I submit this Declaration in support of Freshworks' Motion to Dismiss for Improper Venue.

3. I am currently General Counsel at Freshworks where I have become familiar with Freshworks' business and legal operations. I have held this position since 2019 when I joined Freshworks.

4. Freshworks is incorporated in Delaware and its principal place of business is in San Mateo, California.

5. Freshworks provides software products that enable businesses to provide exceptional experiences to both their customers and employees, allowing them to manage relationships with ease and simplify the way they do business. Freshworks has developed applications that allow different company departments to run their business with more efficiency, in a cost-effective manner, and with world-class support. For example, Freshworks provides different software tools such as Freshdesk, Freshchat, and Freshcaller for better customer experience; Freshworks CRM for sales and marketing; Freshservice for IT service management; and Freshteam for HR management.

6. Freshworks does not maintain an office or other place of business within the territory of the United States District Court for the Western District of Texas (this "District"), or even the State of Texas, and has never done so.

7. Freshworks does not own, lease, rent, or maintain any place of business or physical presence in this District or in the State of Texas.

8. Freshworks' U.S. management, research and development, and marketing are primarily managed in San Mateo, California. The primary operation, marketing, and finance decisions for Freshworks occur in or near San Mateo, California.

9. Freshworks has no employees who work in a physical location in this District. If any employee did work in this District, it would be a remote working environment.

10. Freshworks currently has no subsidiaries or affiliates who maintain a place of business in this District.

11. No third parties in this District operate a regular and established place of business on behalf of Freshworks.

12. I have been informed that SHI Government Solutions, Inc ("SHI-GS") is a corporation that maintains a place of business in this District at 3828 Pecana Trail, Austin, Texas 78749.

13. Freshworks does not own or lease SHI-GS's facility or exercise any other attributes of possession or control over it. Freshworks does not conduct business from this location or advertise or represent that it maintains a place of business there. SHI-GS also does not conduct business at this location on Freshworks' behalf.

14. SHI-GS is an independent entity that is not a subsidiary, affiliate, or under common control of Freshworks. SHI-GS's employees in this District are not employees of Freshworks. Freshworks does not own, lease, or rent the office space at 3828 Pecana Trail, Austin, Texas 78749, or the equipment, computers, furniture, or office used at SHI-GS's facility in this District. Although it is possible someone from Freshworks or SHI-GS may have casually referred to each other as "partners" or "business partners," just like Freshworks may casually refer to any of its

customers as "partners" or "business partners," Freshworks and SHI-GS are not "partners" in any official or legal sense other than SHI-GS merely being a customer of Freshworks.

15. Freshworks does not direct or influence the management or policies of SHI-GS. Freshworks has no role in hiring, supervising, or paying employees at SHI-GS's Austin location.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2021.

DocuSigned by:
Henock Gessesse
98A37B0544C24C8...

Henock Gessesse